IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN L. MANDY, | No. C 11-02464 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

Under the Procedural Order for Social Security Review Actions, Docket No. 3, plaintiff's motion for summary judgment or for remand was due on October 19, 2011. Plaintiff shall file his motion for summary judgment or for remand on or before **November 11, 2011**, or show cause in writing filed no later than November 11, 2011, why this action should not be dismissed without prejudice for failure to prosecute. F.R.Civ.P. 41(b).

**IT IS SO ORDERED.**

Dated: October 24, 2011

SUSAN ILLSTON
United States District Judge