IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN L. MANDY, | No. C 11-02464 SI |
| Plaintiff, | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

On October 24, 2011, the Court issued an Order to Show Cause informing plaintiff that he should file his motion for summary judgment or for remand on or before **November 2, 2011**, or the Court would dismiss this action for failure to prosecute. F.R.Civ.P. 41(b). As of this date, plaintiff has not filed anything or contacted the Court to discuss the status of this action.

The Court, therefore, DISMISSES this action without prejudice for failure to prosecute. Judgement shall be entered accordingly and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 1, 2011

SUSAN ILLSTON
United States District Judge