**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN L. MANDY, | No. C 11-02464 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

The complaint has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: December 1, 2011

SUSAN ILLSTON
United States District Judge